## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LINDSEY LEE, WAYNE BALLARD, JR. <br> JENNIFER BALLARD, RONALD ROBERTS, <br> ZACHARY RUSSELL, LACEY RUSSELL, <br> LUIS HINOSTROZA, TIM ADDISON, II, <br> STACY ADDISON, JONATHAN MCMORRIS, <br> AND GILBERT BANKSTON, III <br><br> VERSUS <br><br> D.R. HORTON, INC.-GULF COAST, <br> D.R. HORTON, INC., ACADIAN TRACE <br> HOA, INC., LIVINGSTON PARISH COUNCIL, <br> GEORGE KURZ, DAVID STANTON, <br> JAKE LAMBERT, AUSTIN R. KINCHEN, <br> NICOLE S. LATO, DAWNA TULLY, <br> DANIELLE VADO, RAFAEL VADO, ROBERT <br> W. BLANSETT, CURNESHIA S. SKINNER, JON <br> JERMAINE PALMER, KYLE A. BURGAN, <br> DEMERRIA DRAKE-YOUNG, KOURTIN <br> MORRELL, JANICE MORGAN, PHILLIP J. <br> DAVIDSON, JR., STEVEN J. SCAVO, JR., <br> RICHARD M. ADAMS, JOSHUA P. SERRANO, <br> JENNIFER GONZALES, DAWN SMITH, AND <br> RYAN SMITH | NO. 3:21-cv-00442-SDD-EWD |

### *FRCP RULE 12(b)(6)* MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

**NOW INTO COURT**, through undersigned counsel, comes Livingston Parish Council, which respectfully submits that mover is immune from plaintiffs' claims in the above entitled and numbered cause pursuant to the discretionary function immunity provided by *LSA-R.S. 9:2798.1*, and that, as a result, for the reasons set forth in the accompanying memorandum in support of this motion plaintiffs have failed to state a claim against mover upon which relief can be granted. In the alternative, mover respectfully submit that plaintiffs' allegations against it are nothing more than labels and conclusions, and a formulaic recitation of the elements of a cause

of action, and, as such, they do not withstand the test of *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007), and fail to state a claim upon which relief can be granted in that regard, as well.

**WHEREFORE**, mover Livingston Parish Council prays that this Honorable Court grant this *FRCP Rule 12(b)(6)* motion to dismiss for failure to state a claim upon which relief can be granted, and dismiss the claims made against it by plaintiffs in the above entitled and numbered cause, with prejudice, at plaintiffs' costs.

Respectfully submitted,

**MOODY LAW FIRM**

__s/Christopher Moody_____
Christopher Moody, LA Bar Roll No. 9594
Albert D. Giraud, LA Bar Roll No. 18911
1250 Southwest Railroad Ave., Suite 170
Hammond, Louisiana 70403
Ph.:     (985) 542-1351
Fax:     (985) 542-1354

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record, either electronically or by placing same in the U.S. Mail, postage prepaid, or by Electronic Notice.

Hammond, Louisiana, this 10th day of September, 2021.

__s/Christopher Moody_____
Christopher Moody