UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LINDSEY LEE, ET AL. | CIVIL ACTION NO. |
| VERSUS | 21-442-SDD-EWD |
| D.R. HORTON, INC., ET AL. | |

### JUDGMENT OF DISMISSAL

For the reasons outlined in this Court's *Ruling* adopting the *Report and Recommendations* of the Magistrate Judge in the captioned matter;

**IT IS ORDERED** that the Court declines to exercise supplemental jurisdiction and dismisses this case without prejudice, suspending prescription for thirty days pursuant to 28 U.S.C. § 1367(d) so that Plaintiffs can re-file suit in state court, should they choose to do so.

Signed in Baton Rouge, Louisiana this  11  day of February, 2025.

*Shelly D Dick*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA