# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LINDSEY LEE, WAYNE BALLARD, JR., JENNIFER BALLARD, RONALD ROBERTS, III, KATHRYN ROBERTS, ZACHARY RUSSELL, LACEY RUSSELL, LUIS HINOSTROZA, TIM ADDISON, II, STACY ADDISON, JONATHAN McMORRIS, AND GILBERT BANKSTON, III** | **CIVIL ACTION NO.:** <br><br> **3:21-cv-00442-SDD-EWD** |
| **VERSUS** | |
| **D.R. HORTON, INC. – GULF COAST, D.R. HORTON, INC., ACADIAN TRACE HOA, INC., LIVINGSTON PARISH COUNCIL, GEORGE KURZ, DAVID STANTON, AND JAKE LAMBERT** | |

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs, **LINDSEY LEE, WAYNE BALLARD, JR., JENNIFER BALLARD, RONALD ROBERTS, III, KATHRYN ROBERTS, ZACHARY RUSSELL, LACEY RUSSELL, LUIS HINOSTROZA, TIM ADDISION, II, STACY ADDISON, JONATHAN McMORRIS,** and **GILBERT BANKSTON, III**, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Ruling and Order of this court dated October 14, 2024 (Rec. Doc. 232) denying plaintiffs' Motion for Reconsideration (Rec. Doc. 229) for the adoption of the Magistrate Judge's findings (Doc. Rec. 220) that the Plaintiffs Motion to Amend (Doc. Rec. 174) is futile.

Respectfully Submitted by:

**WHITEHEAD LAW FIRM**

By:   /s/ Jack K. Whitehead, Jr.
JACK K. WHITEHEAD, JR.. #17863
JOHN-ED L. BISHOP (31622)
11909 Bricksome Avenue, Suite W-3
Baton Rouge, Louisiana 70816
Telephone: (225) 303-8600
Fax: (225) 303-0013
teamwhitehead@whitehead-law.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 12th day of November, 2025., a copy of the above and the foregoing has been filed electronically with the Clerk of Court using the CM/ECF system, and notice of this filing was accordingly sent to all counsel of record through the Court's electronic filing system.

/s/ Jack K. Whitehead, Jr.
**Jack K. Whitehead, Jr.**